# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11106

_____

DUDLEY TEEL,
as Personal Representative of the Estate of Susan Teel, deceased,

                                            Plaintiff-Appellant,

*versus*

DEPUTY SHERIFF JONATHAN LOZADA,
in his individual capacity,

                                            Defendant-Appellee,

SHERIFF DERYL LOAR, et al.,

                                            Defendant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:18-cv-14367-DMM

_____

ORDER:

Appellant's motion to allow attorney Guy Bennett Rubin to bring an Apple MacBook Pro and an Apple iPhone to oral argument is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION